1 | Hunter H. Hoestenbach (CA Bar No. 249130)
2 | **HOESTENBACH LAW**
3 | 501 W. Broadway Ste. A230
   | San Diego, CA 92101-3536
4 | Tel: 619.940.4868 / Fax: 619.546.9490
5 | E-mail: Hunter@HoestenbachLaw.com

6 | Attorney for Defendant
7 | Legal Recovery Law Offices

8 |

9 | UNITED STATES DISTRICT COURT

10 | CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

11 |

12 | PAMELA DAVIS-JONES,                      Case No.   ED CV 13 - 01076 VAP (OPx)

13 |        Plaintiff,       NOTICE OF REMOVAL OF CIVIL
14 |                                         ACTION UNDER 28 U.S.C. §§ 1441
15 |     v.                & 1446

16 | MIDLAND FUNDING LLC AND
17 | LEGAL RECOVERY LAW OFFICES,
18 | INC.,

19 |        Defendants.

20 |

21 | TO THE CLERK OF THE COURT:

22 |     PLEASE TAKE NOTICE that defendant LEGAL RECOVERY LAW

23 | OFFICES, INC. ("LRLO"), pursuant to 28 U.S.C. §§ 1441 and 1446, hereby

24 | removes the below described state court action to the United States District Court

25 | for the Central District of California, Eastern Division.  In support of this removal,

26 | LRLO states:

27 | ///

HHH

- 1 -                      *Davis-Jones v. Midland, et. al.*
Def.'s Notice of Removal

1.     On May 7, 2013, an action was commenced in the Superior Court of California, County of San Bernardino, San Bernardino District Civil Division under Case No. CIV DS1304746 and entitled *Pamela Davis-Jones v. Midland Funding, LLC & Legal Recovery Law Offices, Inc.* A true and correct copy of the Summons, Complaint, Certificate of Service, and all other process, pleadings and orders served upon LRLO are attached hereto as Exhibit 1. 28 U.S.C. § 1446(a).

2.     On May 20, 2013, plaintiff Pamela Davis-Jones served LRLO with a copy of the Summons and Complaint. *See* Exhibit 1. Aside from the material in Exhibit 1, LRLO is not aware of any other process, pleadings or orders served upon LRLO in this action.

3.     LRLO files this Notice of Removal within one year of the date the action was originally filed and within thirty days of receipt of the Complaint. Removal is therefore timely. 28 U.S.C. § 1446(b)(1).

4.     In accordance with 28 U.S.C. § 1446(b)(2), the only other defendant in this matter, Midland Funding, LLC, consents to removal. *See* Exhibit 2.

5.     This Court has original jurisdiction of this civil action under 28 U.S.C. § 1331 because arises under the laws of the United States; that is, plaintiff's claims for relief assert violations of federal law under 15 U.S.C. §§ 1692, et. seq. Hence this federal question action may be removed to this Court by LRLO pursuant to the provisions of 28 U.S.C. § 1441(a).

6.     Supplemental jurisdiction of any state law claim is proper under 28 U.S.C. § 1367(a).

7.     Promptly after filing this Notice of Removal, LRLO will give written notice of the removal to all adverse parties and will file a copy of the notice with the Clerk of the Superior Court of California, County of San Bernardino, San Bernardino District Civil Division. 28 U.S.C. § 1446(d).

*///*

HHH

1      8.    LRLO reserves the right to supplement this Notice of Removal when

2 additional information becomes available.  LRLO further reserves all rights,

3. including but not limited to, defenses and objections as to venue, personal

4 jurisdiction and service.  The filing of this Notice of Removal is subject to, and

5 without waiver of, any such defense or objection.

6

7 Date: <u>June 17, 2013</u>              Respectfully submitted,

8

9                          **HOESTENBACH LAW**

10

11                         By: <u>/s/ Hunter H. Hoestenbach</u>

12                             Hunter H. Hoestenbach (SBN: 249130)

13.                             501 W. Broadway Ste. A230

14                             San Diego, CA 92101-3536

15                             Tel: 619.940.4868 / Fax: 619.546.9490

16                             E-Mail: Hunter@HoestenbachLaw.com

17                         ATTORNEY FOR LRLO

18

19

20

21

22

23.

24

25

26

27

**HHH**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
HHH

# EXHIBIT 1

*Davis-Jones v. Midland, et. al.*

Def.'s Notice of Removal (Exhibit 1)

POS-010

SCANNED

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):<br>TODD M. FRIEDMAN  SBN 216752<br>LAW OFFICES OF TODD M. FRIEDMAN, P.C.<br>369 S. DOHENY DR.  #415<br>BEVERLY HILLS, CA  90211<br>TELEPHONE NO.: 877-206-4741        FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name):  PLAINTIFF | **FOR COURT USE ONLY**<br><br>F I L E D<br>SUPERIOR COURT<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO DISTRICT<br><br>JUN 0 3 2013<br><br>By *Parnell*<br>Deputy |

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO<br>STREET ADDRESS: 303 W. 3RD ST.<br>MAILING ADDRESS: -SAME-<br>CITY AND ZIP CODE: SAN BERNARDINO, CA  92415<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: PAMELA DAVIS-JONES<br><br>DEFENDANT/RESPONDENT: MIDLAND FUNDING LLC et al. | CASE NUMBER:<br>CIVDS1304746 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>21798 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* CERTIFICATE OF ASSIGNMENT; NOTICE OF TRIAL SETTING CONFERENCE

3. a. Party served *(specify name of party as shown on documents served):*
   LEGAL RECOVERY LAW OFFICES, INC.

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   DIANA BAIRES, Receptionist, Authorized to Accept (F/HISP/5'9"/215/BLK/28)

4. Address where the party was served:
   5030 CAMINO DE LA SIESTA  STE. 340    SAN DIEGO, CA  92108

5. I served the party (check proper box)
   a. ☑ by personal service.  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on (date): 05/20/2013        (2) at (time): 11:20AM
   b. ☐ by substituted service.  On (date):          at (time):          I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

      (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):          from (city):          or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: PAMELA DAVIS-JONES | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: MIDLAND FUNDING LLC et al. | CIVDS1304746 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                                  (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify):*

  c. ☐ as occupant.

  d. ☑ On behalf of *(specify):* LEGAL RECOVERY LAW OFFICES, INC.

    under the following Code of Civil Procedure section:

    ☑ 416.10 (corporation)                  ☐ 415.95 (business organization, form unknown)

    ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)

    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)

    ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)

    ☐ 416.50 (public entity)                ☐ 415.46 (occupant)

                                        ☐ other:

7. **Person who served papers**

  a. Name: K. WYSONG

  b. Address: C/O SDSOP 2445 MORENA BLVD. #201, SAN DIEGO, CA 92110

  c. Telephone number: 619-275-6400

  d. **The fee for service was:** $50.00 ✓

  e. I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☑ a registered California process server:

      (i) ☑ owner   ☐ employee   ☐ independent contractor.

      (ii) Registration No.: 1802

      (iii) County: SAN DIEGO

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 05/22/2013

         K. WYSONG                         ▶

  (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        (SIGNATURE )

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | FOR COURT USE ONLY |
|---|---|
| Todd Friedman, Esq. (216752)<br>Law Offices of Todd M. Friedman, P.C.<br>369 S. Doheny Drive, #415<br>Beverly Hills, CA 90211<br><br>TELEPHONE NO.: (877) 206-4741<br><br>ATTORNEY FOR: Plaintiff | SCANNED<br>FILED<br>SUPERIOR COURT<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO DISTRICT<br><br>MAY 2 9 2013<br><br>By _____ Deputy |

SAN BERNARDINO SUPERIOR COURT, COUNTY OF SAN BERNARDINO
  STREET ADDRESS: 303 W. Third Street
  CITY AND ZIP CODE: San Bernardino, 92415
  BRANCH NAME: San Bernardino District Civil Division

| PLAINTIFF: PAMELA DAVIS-JONES<br>DEFENDANT: MIDLAND FUNDING LLC, ET AL | CASE NUMBER:<br>CIVDS1304746 |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   f. other (specifiy documents):
   SUMMONS, COMPLAINT, CCCS, CERTIFICATE OF ASSIGNMENT, NOTICE OF TRIAL SETTING CONFERENCE AND ADR PACKET

3. a. Party served:
   MIDLAND FUNDING LLC, ✓

   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made):
   Becky DeGeorge c/o CSC Lawyers Incorporating Service, Inc. / Agent for Service

4. Address where the party was served:
   2710 Gateway Oaks Drive, Ste. 150, Sacramento, CA 95833

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on 5/20/2013 at 3:35 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d. On behalf of: MIDLAND FUNDING LLC,
      under the following Code of Civil Procedure section:
         416.10 (corporation)

7. **Person who served papers**
   a. Name: James Thomas
      Firm: Serves R Us
   b. Address: 915 L Street # C123, Sacramento, CA 95814
   c. Telephone number: (916) 691-4109
   d. **The fee** for the service was: $30.00
   e. I am:
      (3)  a registered California process server:
           (i) owner
           (ii) Registration No.: 200529
           (iii) County: Sacramento

Judicial Council of California<br>POS-010 [Rev. January 1, 2007]<br>Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**          Job Number SRU-2013000945

| PLAINTIFF: PAMELA DAVIS-JONES | CASE NUMBER: |
|---|---|
| DEFENDANT: MIDLAND FUNDING LLC, ET AL | CIVDS1304746 |

8.  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:    5/20/73

James Thomas
(NAME OF PERSON WHO SERVED PAPERS)

▶                                                        (SIGNATURE)

**ORIGINAL
DOCUMENT**
Blue Signature

Judicial Council of California
POS-010 [Rev. January 1, 2007]
Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**

Job Number SRU-2013000945

SUM-100

## SUMMONS
### *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

MIDLAND FUNDING LLC AND LEGAL RECOVERY LAW
OFFICES, INC.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

PAMELA DAVIS-JONES

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

MAY 0 8 2013

BY ___Sara Walthall___
SARA WALTHALL, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Superior Court of San Bernardino<br><br>303 West 3rd Street<br>San Bernardino, CA 92415 | CASE NUMBER:<br>*(Número del Caso):*<br><br>CIVDS1304746 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Todd M. Friedman, 369 S. Doheny Dr., #415, Beverly Hills, CA 90211, 877-206-4741

| DATE:<br>*(Fecha)* MAY 0 8 2013 | Clerk, by<br>*(Secretario)* Sara Walthall | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

COPY

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* LEGAL RECOVERY LAW OFFICES, INC

   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*   5/20/13

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Todd M. Friedman, Esq. SBN 216752, Darin Shaw, Esq. SBN 251037<br>Law Offices of Todd M. Friedman<br>369 S. Doheny Dr #415<br>Beverly Hills, CA 90211<br>TELEPHONE NO.: 877-206-4741   FAX NO.: 866-633-0228<br>ATTORNEY FOR *(Name):* Plaintiff, Pamela Davis-Jones | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO CIVIL DIVISION<br><br>MAY 0 7 2013<br><br>BY _Sara Walthall_<br>SARA WALTHALL, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Bernardino
STREET ADDRESS: 303 West 3rd Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Bernardino, 92415
BRANCH NAME:

CASE NAME:
Pamela Davis-Jones v. Midland Funding LLC, et al

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ☐ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☑ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | CIVDS1304746 |
| | | | | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation<br>(Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| ☐ Auto (22)<br>☐ Uninsured motorist (46) | ☐ Breach of contract/warranty (06)<br>☐ Rule 3.740 collections (09)<br>☐ Other collections (09)<br>☐ Insurance coverage (18)<br>☐ Other contract (37) | ☐ Antitrust/Trade regulation (03)<br>☐ Construction defect (10)<br>☐ Mass tort (40)<br>☐ Securities litigation (28)<br>☐ Environmental/Toxic tort (30) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**<br>☐ Asbestos (04)<br>☐ Product liability (24)<br>☐ Medical malpractice (45)<br>☐ Other PI/PD/WD (23) | **Real Property**<br>☐ Eminent domain/Inverse<br>condemnation (14)<br>☐ Wrongful eviction (33)<br>☐ Other real property (26) | ☐ Insurance coverage claims arising from the<br>above listed provisionally complex case<br>types (41) |
| **Non-PI/PD/WD (Other) Tort**<br>☐ Business tort/unfair business practice (07)<br>☐ Civil rights (08)<br>☐ Defamation (13)<br>☐ Fraud (16)<br>☐ Intellectual property (19)<br>☐ Professional negligence (25)<br>☑ Other non-PI/PD/WD tort (35) | **Unlawful Detainer**<br>☐ Commercial (31)<br>☐ Residential (32)<br>☐ Drugs (38)<br>**Judicial Review**<br>☐ Asset forfeiture (05)<br>☐ Petition re: arbitration award (11) | **Enforcement of Judgment**<br>☐ Enforcement of judgment (20)<br>**Miscellaneous Civil Complaint**<br>☐ RICO (27)<br>☐ Other complaint *(not specified above)* (42)<br>**Miscellaneous Civil Petition**<br>☐ Partnership and corporate governance (21) |
| **Employment**<br>☐ Wrongful termination (36)<br>☐ Other employment (15) | ☐ Writ of mandate (02)<br>☐ Other judicial review (39) | ☐ Other petition *(not specified above)* (43) |

2. This case ☐ is  ☑ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☐ monetary  b. ☑ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify):* 2
5. This case ☐ is  ☑ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: April 29, 2013
Todd M. Friedman
(TYPE OR PRINT NAME) ▶ _____ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | CIVIL CASE COVER SHEET | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |

American LegalNet, Inc.
www.FormsWorkflow.com

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**                                    CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)–Personal Injury/Property
Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/
Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice–
Physicians & Surgeons
Other Professional Health Care
Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip and fall)
Intentional Bodily Injury/PD/WD
(e.g., assault, vandalism)
Intentional Infliction of
Emotional Distress
Negligent Infliction of
Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice
*(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease
Contract *(not unlawful detainer or wrongful eviction)*
Contract/Warranty Breach–Seller
Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/
Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections
Case
Insurance Coverage *(not provisionally complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court
Case Matter
Writ–Other Limited Court Case
Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor
Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
*(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of County)
Confession of Judgment *(non-domestic relations)*
Sister State Judgment
Administrative Agency Award
*(not unpaid taxes)*
Petition/Certification of Entry of
Judgment on Unpaid Taxes
Other Enforcement of Judgment
Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-harassment)*
Mechanics Lien
Other Commercial Complaint
Case *(non-tort/non-complex)*
Other Civil Complaint
*(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
Governance (21)
Other Petition *(not specified above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult
Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late
Claim
Other Civil Petition

1  Todd M. Friedman (216752)
2  Nicholas J. Bontrager (252114)
   Law Offices of Todd M. Friedman, P.C.
3  369 S. Doheny Dr. #415
   Beverly Hills, CA 90211
4  Phone: 877-206-4741
   Fax: 866-633-0228
5  tfriedman@attorneysforconsumers.com
6  nbontrager@attorneysforconsumers.com
   Attorney for Plaintiff
7

**F I L E D**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

MAY 0 7 2013

BY _Sara Walthall_
SARA WALTHALL, DEPUTY

8          SUPERIOR COURT OF THE STATE OF CALIFORNIA
9               FOR THE COUNTY OF SAN BERNARDINO
                      LIMITED JURISDICTION
10

11                                    ) Case No.    CIVDS1304746
                                      )
12  PAMELA DAVIS-JONES,               ) COMPLAINT FOR VIOLATION
                                      )  OF ROSENTHAL FAIR DEBT
13  Plaintiff,                        ) COLLECTION PRACTICES ACT AND
                                      ) FEDERAL FAIR DEBT COLLECTION
14     vs.                            ) PRACTICES ACT
                                      )
15                                    )
   MIDLAND FUNDING LLC AND LEGAL      ) (Amount not to exceed $10,000)
16  RECOVERY LAW OFFICES, INC.,       )
                                      )   1.  Violation of Rosenthal Federal
17  Defendants.                       )       Fair Debt Collection Practices Act
                                      )   2.  Violation of Fair Debt Collection
18                                    )       Practices Act
                                      )                Date: 11-8-13
19                                    )
20  ─────────────────────────────────)      Time: 8:30

                  I. INTRODUCTION            Dept: S35
21
22     1.  This is an action for damages brought by an individual consumer for Defendant

23  Midland Funding LLC and Defendant Legal Recovery Law Offices, Inc.'s violations of the

24  Rosenthal Fair Debt Collection Practices Act, Cal Civ Code § 1788, *et seq.* (hereinafter

25  "RFDCPA") and violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.*

26  (hereinafter "FDCPA"), both of which prohibit debt collectors from engaging in abusive,

27  deceptive, and unfair practices.
28

Complaint - 1

## II. PARTIES

2.      Plaintiff, Pamela Davis-Jones ("Plaintiff"), is a natural person residing in San Bernardino county in the state of California, and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3) and is a "debtor" as defined by Cal Civ Code §1788.2(h).

3.      At all relevant times herein, Defendant, Midland Funding LLC ("Defendant Midland") was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5), and a "consumer debt," as defined by Cal Civ Code §1788.2(f). Defendant Midland regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6), and RFDCPA, Cal Civ Code §1788.2(c).

4.      At all relevant times herein, Defendant, Legal Recovery Law Offices, Inc. ("Defendant LRL") was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "consumer debt," as defined by Cal Civ Code §1788.2(f). Defendant LRL regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6), and RFDCPA, Cal Civ Code §1788.2(c).

## III. FACTUAL ALLEGATIONS

5.      At various and multiple times prior to the filing of the instant complaint, including within the one year preceding the filing of this complaint, Defendant Midland hired Defendant LRL to contact Plaintiff in an attempt to collect an alleged outstanding debt. (Both parties referred to as "Defendants" collectively herein.)

6.     On or about April 4, 2012, Defendant LRL, on behalf of Defendant Midland, obtained a default judgment against Plaintiff.  Plaintiff had not been served with a lawsuit and had no knowledge of the judgment.

7.     Plaintiff learned of Defendants' judgment against her after receiving a wage garnishment order.  Plaintiff then obtained the court file regarding the judgment and learned of the lawsuit that had been filed and allegedly served on her in February, 2012

8.     Plaintiff alleges that Defendant Midland and Defendant LRL attempted to collect a debt from her by obtaining a judgment, without properly serving Plaintiff with a lawsuit.

9.     Both Defendants' conduct violated the RFDCPA in multiple ways, including but not limited to:

a)  Collecting/Attempting to collect a consumer debt from Plaintiff by means of judicial proceedings, where the debt collector knew that service of process, which was essential to jurisdiction over Plaintiff or his property, had not been legally effected (Cal Civ Code § 1788.14(a));

b)  Falsely representing or implying that nonpayment of Plaintiff's debt would result in the seizure, garnishment, attachment, or sale of Plaintiff's property or wages, where such action is not lawful or Defendant did not intend to take such action (§1692e(4));

c)  Threatening to take an action against Plaintiff that cannot be legally taken or that was not actually intended to be taken (§1692e(5));

d)  Engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff (§1692d));

e)  Falsely representing the character, amount, or legal status of Plaintiff's debt (§1692e(2)(A)); and

f)  Using false representations and deceptive practices in connection with collection of an alleged debt from Plaintiff (§1692e(10)).

10.     As a result of the above violations of the FDCPA and RFDCPA, Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and both Defendants are liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

### COUNT I: VIOLATION OF ROSENTHAL
### FAIR DEBT COLLECTION PRACTICES ACT

11.     Plaintiff reincorporates by reference all of the preceding paragraphs.

12.     To the extent that Defendants' actions, counted above, violated the RFDCPA, those actions were done knowingly and willfully

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against both Defendants for the following:

A.     Declaratory judgment that Defendants conduct violated the RFDCPA;
B.     Actual damages;
C.     Statutory damages for willful and negligent violations;
D.     Costs and reasonable attorney's fees,
E.     For such other and further relief as may be just and proper.

### COUNT II: VIOLATION OF FAIR DEBT
### COLLECTION PRACTICES ACT

13.     Plaintiff reincorporates by reference all of the preceding paragraphs.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against both Defendants for the following:

A.     Declaratory judgment that Defendants' conduct violated the FDCPA;
B.     Actual damages;
C.     Statutory damages;
D.     Costs and reasonable attorney's fees; and,
E.     For such other and further relief as may be just and proper.

## PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY

Respectfully submitted this 29th day of April, 2013

By: _____

Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
HHH

# EXHIBIT 2

*Davis-Jones v. Midland, et. al.*

Def.'s Notice of Removal (Exhibit 2)

1  Hunter H. Hoestenbach (CA Bar No. 249130)
2  **HOESTENBACH LAW**
3  501 W. Broadway Ste. A230
   San Diego, CA 92101-3536
4  Tel: 619.940.4868 / Fax: 619.546.9490
5  E-mail: Hunter@HoestenbachLaw.com

6  Attorney for Defendant
7  Legal Recovery Law Offices

8

9              UNITED STATES DISTRICT COURT

10    CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

11

12  PAMELA DAVIS-JONES,              Case No. ED CV 13 - 01076

13           Plaintiff,             DECLARATION OF HUNTER H.
14                                   HOESTENBACH RE: DEFENDANT
                                     MIDLAND FUNDING, LLC'S
15       v.                          CONSENT TO REMOVAL OF
16                                   ACTION [28 U.S.C. § 1446(b)(2)]
   MIDLAND FUNDING, LLC; AND
17  LEGAL RECOVERY LAW OFFICES,
    INC.,
18

19           Defendants.

20

21       I, Hunter H. Hoestenbach, declare:

22       1.     I am an attorney licensed in the state of California.  I am over 18 years

23  of age, competent to make this declaration, and I have personal knowledge of the

24  facts stated herein.

25       2.     On May 20, 2013, plaintiff Pamela Davis-Jones served defendant

26  MIDLAND FUNDING, LLC with a copy of the Summons and Complaint in the

27  matter *Pamela Davis-Jones v. Midland Funding, LLC & Legal Recovery Law*

**HHH**
                              - 2 -       *Davis-Jones v. Midland, et. al.*
                      Def.'s Notice of Removal (Exhibit 2)

1. *Offices, Inc.* filed under Case No. CIV DS1304746 in the San Bernardino County

2. Superior Court. *See* Exhibit 1.

3.      3.     On June 17, 2013 at approximately 10:25a.m., I spoke with attorney

4. Brian Frary who is employed by and who represents defendant MIDLAND

5. FUNDING, LLC in this action. Mr. Frary, on behalf of defendant MIDLAND

6. FUNDING, LLC, consented to defendant LRLO's removal of this action per 28

7. U.S.C. § 1446(b)(2).

8.      **I declare under the penalty of perjury under the laws of the state of**

9. **California that the foregoing is true and correct.**

10.

11.      Executed on June 17, 2013 in <u>San Diego, CA</u>.

12.

13.

14. _____

15.      Hunter H. Hoestenbach

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

27.

**HHH**

     - 3 -     *Davis-Jones v. Midland, et. al.*

Def.'s Notice of Removal (Exhibit 2)

**PROOF OF SERVICE**

I, <u>Hunter Hoestenbach</u>, am an attorney licensed in the State of California.  My business address is 501 W. Broadway Ste. A230, San Diego, CA 92101.  I am over 18 years of age, not a party to the within action, and I am exempt from registration under Cal. Bus. & Prof. Code § 22350(b).

I certify that, on <u>June 17, 2013</u>, defendant Legal Recovery Law Offices, Inc.'s Notice of Removal Under 28 U.S.C. §§ 1441 and 1446 (Re: *Davis-Jones v. Midland Funding, et. al.*, Case# CIV DS1304746, San Bernardino County Super. Ct.) was served on all parties or their counsel of record named below by serving a true and correct copy in the manner indicated.

Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
877.206.4741 / fax 866.633.0228
Atty. for Plaintiff Pamela Davis-Jones

 <u>x</u>  FRCP 5(b)(1) & (b)(2)(C): I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Diego, CA.  I am readily familiar with the practice of Hoestenbach Law for collecting and processing correspondence for mailing, said practice being that, in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

Executed on <u>June 17, 2013</u> in San Diego, CA.

 I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Date: <u>June 17, 2013</u>                    /s/ Hunter H. Hoestenbach
                                             Hunter H. Hoestenbach

**HHH**

_____ - 1 - _____ *Davis-Jones v. Midland, et. al.*
Def.'s Notice of Removal (Proof of Service)

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| | |
|---|---|
| **I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )<br>PAMELA DAVIS-JONES | **DEFENDANTS** ( Check box if you are representing yourself ☐ )<br>LEGAL RECOVERY LAW OFFICES, INC. |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Law Offices of Todd M. Friedman, P.C.<br>369 S. Doheny Dr. #415<br>Beverly Hills, CA 90211 / (877) 206-4741 | **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Hunter Hoestenbach, Esq.<br>530 W. Broadway Ste. A230, San Diego, CA 92101<br>(619) 940-4868 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☐ 1. Original Proceeding
- ☒ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No ☒ **MONEY DEMANDED IN COMPLAINT:** $ Less than 10,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. sec. 1692, et. seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

☒ 480 Consumer Credit

FOR OFFICE USE ONLY: Case Number: **ED CV 13 - 01076 VAP (OPx)**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

CV-71 (02/13) | CIVIL COVER SHEET | Page 1 of 2

JUN 17 2013

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Diego | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
**Note:** In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____   DATE: June 17, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Virginia A. Phillips and the assigned discovery Magistrate Judge is Oswald Parada.

The case number on all documents filed with the Court should read as follows:

## EDCV13- 1076 VAP (OPx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
   312 N. Spring St., Rm. G-8
   Los Angeles, CA 90012

[ ] **Southern Division**
   411 West Fourth St., Rm. 1-053
   Santa Ana, CA 92701-4516

[X] **Eastern Division**
   3470 Twelfth St., Rm. 134
   Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY